**Dan Toumey, appellee, v. Herman Schmidt, appellant. Gen. No. 26,748.**
Action for the recovery of money loaned to defendant. Claim of set-off by defendant for commissions on whisky purchased for plaintiff. Judgment for plaintiff for the full amount of his claim. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Opinion filed December 30, 1921.
Moses, Rosenthal & Kennedy, for appellant; Robert Bachrach and Herbert Kennedy, of counsel. Kelly, Burns, Daly & Fitzgerald, for appellee; John A. Burke and James D. Murphy, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**M. G. Kasper, appellant, v. Mateusz Fudacz, appellee. Gen. No. 26,762.**
Action upon an agreement whereby plaintiff turned over to defendant notes for $2,400 under an agreement by defendant to pay $400 thereof to creditors of plaintiff and to retain the balance in payment of plaintiff's debt to defendant. Verdict and judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. H. W. McEwen, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Morrill, J., took no part in the decision. Opinion filed December 30, 1921.
Shannon & Morrill, for appellant. No appearance for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Emil Lamm, appellee, v. Jacob Schnair, appellant. Gen. No. 26,786.**
Action of forcible entry and detainer. Judgment against defendant on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921. Rehearing denied January 10, 1922.
Samuel G. Muffett, for appellant. Harry D. Knight, of counsel. Clithero & Sweet, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**James DeBoer and Andrew DeBoer, appellees, v. J. C. Mecartney, trading as J. C. Mecartney & Company, appellant. Gen. No. 26,800.**
Action on contract for work and labor in removing rubbish. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.
Newell Mecartney, for appellant. No appearance for appellees.
Mr. Presiding Justice Gridley delivered the opinion of the court.